USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 7, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
    RAMON JAQUEZ,

                      **Plaintiff,**

          -against-

    AQUA CARPATICA USA, INC.,

                      **Defendant.**
------------------------------------------------------------ x

20-cv-8487 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendant has moved to dismiss Plaintiff's complaint. (ECF No. 8.) Defendant is advised that pursuant to Rule 2.A of my Individual Practices, Defendant was required to request a pre-motion conference in anticipation of the motion to dismiss the complaint. In light of Defendant's filing, Plaintiff shall oppose the motion by December 28, 2020. Defendant shall file its reply, if any, by January 6, 2021.

**SO ORDERED.**

**Dated**:   December 7, 2020
             New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                               **United States District Judge**