USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _December 28, 2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
:
**RAMON JAQUEZ,**
:
:
**Plaintiff,**     :     **20-cv-8487 (ALC)**
:
-against-          :     **ORDER**
:
**AQUA CARPATICA USA, INC.,**
:
:
**Defendant.**     :
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Plaintiff's amended complaint, the Court denies Defendant's motion to dismiss without prejudice. (ECF No. 8.)

**SO ORDERED.**

**Dated**:   December 28, 2020
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1