```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 5, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RAMON JAQUEZ,

                       Plaintiff,

       -against-

AQUA CARPATICA USA, INC.,

                    Defendant.
-------------------------------------------------------------- x

20-cv-8487 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendant requests a pre-motion conference in anticipation of a motion to dismiss Plaintiff's amended complaint. (ECF No. 15.) Plaintiff shall respond to Defendant's request by January 7, 2021.

**SO ORDERED.**

   **Dated**:   January 5, 2021
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**