USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 7, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RAMON JAQUEZ,

      **Plaintiff,**

   -against-

AQUA CARPATICA USA, INC.,

      **Defendant.**
-------------------------------------------------------------- x

**20-cv-8487 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Parties' letters. (ECF Nos. 15, 17.) The Court denies Defendant's request for a pre-motion conference and sets the following briefing schedule. Defendant shall file its motion by January 28, 2021. Plaintiff shall oppose the motion by February 18, 2021. Defendant shall file its reply, if any, by February 25, 2021. The parties are encouraged to discuss settlement.

**SO ORDERED.**

**Dated**: January 7, 2021
    New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**