**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAMON JAQUEZ, on behalf of himself and
all others similarly situated,

                       Plaintiff,

     -against-                                                20 **CIVIL** 8487 (ALC)

                                                                    **<u>JUDGMENT</u>**

AQUA CARPATICA USA, INC.,

                       Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2021, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      August 20, 2021

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                           **BY:**     *K. Mango*

                                                                    **Deputy Clerk**